IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

NATIONWIDE MUTUAL INSURANCE )
COMPANY, )
     Plaintiff, )
          )
     v. )      Civil Action No.  3:16cv214 (MHL)
          )
LEGACY FIDUCIARY SERVICE, PLC, )
*et al.*, )
     Defendants. )
_____ )

**REPORT AND RECOMMENDATION**

This matter comes before the Court pursuant to 28 U.S.C. § 636(b)(1)(A) on Erie Insurance

Exchange's ("Erie") Motion to Intervene (ECF No. 29), and Erie's Motion to Enforce Settlement

Agreement (ECF No. 31), after having been referred to the undersigned by United States District

Judge M. Hannah Lauck.  (ECF No. 35.)  Having been advised that the parties and Erie have

resolved all matters in this case, the Court recommends that Erie's Motion to Intervene (ECF No.

29) and Erie's Motion to Enforce Settlement Agreement (ECF No. 31) be DENIED as MOOT.

The Clerk is directed to send a copy of this Order to United States District Judge M. Hannah

Lauck and to all counsel of record.

It is so ORDERED.

                               /s/
                               David J. Novak
                               United States Magistrate Judge

Richmond, Virginia
Date: February 9, 2017