IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

NATIONWIDE MUTUAL
INSURANCE CO.,

     **Plaintiff,**

v.                                Civil Action No. 3:16cv214

LEGACY FIDUCIARY SERVICE,
PLC, *et al.*,

     **Defendants.**

## ORDER

This matter comes before the Court on the February 9, 2017 Report and Recommendation (the "Report") issued by the Honorable David J. Novak, United States Magistrate Judge. (ECF No. 36.) The Report recommends that, because the parties and Erie Insurance Exchange ("Erie") have resolved all matters in this case, the Court deny as moot Erie's Motion to Intervene, (ECF No. 29), and Erie's Motion to Enforce Settlement Agreement, (ECF No. 31). No objections to the Report have been filed.

The Court ADOPTS the Report and incorporates the findings and recommendations of the Magistrate Judge. Accordingly, the Court DENIES AS MOOT Erie's Motion to Intervene, (ECF No. 29), and Erie's Motion to Enforce Settlement Agreement, (ECF No. 31).

Let the Clerk send a copy of this Order to all counsel of record.

It is so ORDERED.

                                                            /s/
                                            M. Hannah Lauck
                                            United States District Judge

Date: 2/15/2017
Richmond, Virginia